IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TERRY LEE KELLER,   No. C 10-04162 SBA (PR)

    Petitioner,   **JUDGMENT**

v.

VINCENT S. CULLEN, Warden,

    Respondent.
_____/

Pursuant to the Court's dismissal order signed today, judgment is hereby entered DISMISSING the petition for a writ of habeas corpus. The Clerk of the Court shall terminate all pending motions and close the file.

IT IS SO ORDERED.

DATED: 11/9/10

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

G:\PRO-SE\SBA\HC.10\Keller4162.jud.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| TERRY LEE KELLER, | Case Number: CV10-04162 SBA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. |  |
| VINCENT S. CULLEN et al, |  |
| Defendant. | / |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 10, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Terry L. Keller G64015
San Quentin State Prison
San Quentin, CA 94974

Dated: November 10, 2010

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

G:\PRO-SE\SBA\HC.10\Keller4162.jud.wpd    2